UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ALEX SANCHEZ,

                    Plaintiff,

vs.

OKANOGAN COUNTY JAIL,

                    Defendant.

Case No. 2:14-CV-0113-JTR

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION

   Magistrate Judge Rodgers filed a Report and Recommendation on June 27, 2014, recommending Mr. Sanchez's application to proceed *in forma pauperis* be denied for failure to comply with 28 U.S.C. § 1915(a)(2),  and that this action be dismissed for failure to prosecute.   A copy of this Report and Recommendation was mailed to Mr. Sanchez at the Okanogan County Jail but returned as undeliverable.  As the Report and Recommendation reflects, Mr. Sanchez has not kept the Court apprised of his current address.

ORDER ADOPTING REPORT AND RECOMMENDATION,
DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING ACTION -- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Not surprisingly, there were no objections to the Report and Recommendation, which the Court now **ADOPTS**. The Application to proceed *in forma paupieris* (ECF No. 2) is **DENIED** and this action is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** July 21, 2014.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION,
DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING ACTION -- 2